UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re | Case No:18-10071 (CGM ) |
| James Wellington Martin, Jr. | Chapter 13 |
| *Aka* James Willington Martin, Jr. | |
| Debtor(s) | |
| SSN xxx-xx-<u>2654</u>    SSN xxx-xx-xxxx | |

------------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

<u>Definitions</u>: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's chapter 13 plan was filed on April 09,2018  and amended N/A (the "Plan").  The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2.  The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325. Accordingly,

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



**Dated: January 10, 2019**
       **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**