UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  Chapter 13
IN RE:                                                                                        Case No.: 18-10071 CGM

**JAMES WELLINGTON MARTIN, JR.,**            NOTICE OF WITHDRAWAL
                                                                                    OF TRUSTEE'S MOTION TO DISMISS

                                        Debtor(s).
------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS (DOCKET #33)**

**PLEASE TAKE NOTICE THAT THE TRUSTEE HEREBY WITHDRAWS ITS MOTION TO DISMISS DOCKETED ON ECF AS #33, PREVIOUSLY FILED ON JULY 23, 2018, BEFORE THE HON. CECELIA G. MORRIS AT ONE BOWLING GREEN NEW YORK, NY 10004-1408, HOWEVER NO FURTHER APPEARANCES ARE SCHEDULED AT THIS TIME.**

**TRUSTEE WILL BE FILING AN UPDATED MOTION SHORTLY TO PLACE THIS MATTER BACK ON THE COURT CALENDAR.**

Date:   White Plains, New York
            April 17, 2019

                                                                            */s/ Krista M. Preuss*
                                                                            Krista M. Preuss (KMP 7299) TF
                                                                            Standing Chapter 13 Trustee
                                                                            399 Knollwood Road, Suite 102
                                                                            White Plains, New York 10603
                                                                            (914) 328-6333